ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00010 |
| ) | |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| vs. ) | |
| ) | **FALSE USE OF PASSPORT** |
| ARNEL S. ALIPIO ) | [18 U.S.C. § 1543] |
| aka LEONARDO M. FRANCISCO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE GRAND JURY CHARGES:

On about February 23, 2006, in the District of Guam and elsewhere, the defendant herein, ARNEL S. ALIPIO aka LEONARDO M. FRANCISCO, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Inspector a Philippine passport, number SS 0154372, in the name of Francisco Masangkay Leonardo, and defendant

//

//

//

knowing said passport was false, altered and did not belong to him, in violation of Title 18, United States Code, Section 1543.

Dated this ___ day of March, 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -

Case 1:06-cr-00010   Document 1   Filed 03/08/2006   Page 2 of 2