# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00010**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name ___ARNEL S. ALIPIO___

Alias Name ___Leonardo M. Francisco___

Address _____

Birthdate _1957_ SS# _None_ Sex _M_ Race _A_ Nationality _Filipino_

**U.S. Attorney Information:**

AUSA _Rosetta San Nicolas_

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**RECEIVED MAR - 8 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 1543 | False Use of a Passport | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: _[signature]_