IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00010           DATE: 3/14/2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding           Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon           Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded: 10:15:32 - 10:26:50           CSO: J. Lizama/F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: ARNEL S. ALIPIO** aka Leonardo M. Francisco           **ATTY: ALEXANDER MODABER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.           ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS           AGENT: BYRON FARLEY, INS

U.S. PROBATION: JUDY OCAMPO           U.S. MARSHAL: D. PUNZALAN/C. MARQUEZ

INTERPRETER: _____           ( ) SWORN   LANGUAGE: _____

PROCEEDINGS:      INITIAL APPEARANCE and ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: Federal Public Defender, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: 4 YEARS COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGE CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR: MAY 9, 2006 at 9:30 a.m.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( X ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES: The parties did not object to the pretrial services recommendation of detention. The Court ordered that the defendant be detained.

Counsel for the defendant stated that for purposes of the initial appearance today, the defendant does not require an interpreter; however, he requested that for future hearings an interpreter, who speaks the Pompango dialect, be present.

Courtroom Deputy: *nba*