**FILED**

DISTRICT COURT OF GUAM

MAR 1 4 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00010 |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| ARNEL S. ALIPIO, aka LEONARDO M. FRANCISCO, | |
| Defendant. | |

    IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

represent the defendant in the above-entitled case *nunc pro tunc* March 13, 2006.

    Dated this 14th day of March, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM