# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Arnel S. Alipio, <br> aka Leonardo M. Francisco, <br> Defendant. | Case No. 1:06-cr-00010 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and Trial Order filed March 14, 2006*, on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*March 15, 2006*                   *March 15, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and Trial Order filed March 14, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 15, 2006                     /s/ Leilani R. Toves Hernandez
                                                        Deputy Clerk