AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

ARNEL S. ALIPIO
aka LEONARDO M. FRANCISCO

**WARRANT FOR ARREST**

Case Number: CR-06-00010

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ARNEL S. ALIPIO aka LEONARDO M. FRANCISCO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

FALSE USE OF PASSPORT

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title    18    United States Code, Section(s)    1543

ORIGINAL

| MARILYN B. ALCON | [signature] Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/8/2006    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam International Airport

| DATE RECEIVED 3/8/06 | NAME AND TITLE OF ARRESTING OFFICER Byron Farley ICE, S/A | SIGNATURE OF ARRESTING OFFICER [signature] DUSM |
|---|---|---|
| DATE OF ARREST 3/14/06 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   ARNEL S. ALIPIO aka LEONARDO M. FRANCISCO

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

ORIGINAL

DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT