IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00010**        **DATE:** 04/03/2006

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**        Law Clerk: Judith Hattori
Court Reporter: Wanda Miles        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:14:29 - 9:38:10        CSO: N. Edrosa / J. McDonald

****************** A P P E A R A N C E S ******************

**DEFT:** ARNEL S. ALIPIO aka Leonardo M. Francisco        **ATTY:** ALEXANDER MODABER
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** ROSETTA SAN NICOLAS        **AGENT:** BYRON FARLEY, INS

**U.S. PROBATION:** JOHN SAN NICOLAS        **U.S. MARSHAL:** D. PUNZALAN/C. MARQUEZ

**INTERPRETER:** PRIMO CABURIAN, previously sworn        **LANGUAGE:** TAGALOG

**PROCEEDINGS:** CHANGE OF PLEA

( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___        HIGH SCHOOL COMPLETED: COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE        ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: FALSE USE OF A PASSPORT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: March 30, 2006        PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: JULY 24, 2006 at 9:00 A.M. ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: MAY 29, 2006 TO COURT: JUNE 28, 2006

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Pen and ink change made to plea agreement: page 3, line 4, insert the word "letter" after the word "transportation". Report and Recommendation executed by Court.

Courtroom Deputy: _____