# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:06-cr-00010 |
| vs. | |
| Arnel S. Alipio aka Leonardo M. Francisco, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed April 3, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*April 3, 2006*                        *April 4, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed April 3, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 4, 2006                          /s/Marilyn B. Alcon
                                                        Deputy Clerk