FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>vs.<br><br>ARNEL S. ALIPIO<br>a.k.a. LEONARDO M. FRANCISCO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00010<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with False Use of a Passport, in violation of 18 U.S.C. § 1543, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on **July 24, 2006 at 9:30 a.m.**

IT IS SO ORDERED.

DATED this 11 day of May 2006.

JOHN C. COUGHENOUR*
United States District Judge

---

* The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, sitting by designation.

ORIGINAL