JOHN T. GORMAN
Federal Public Defender

JAMES McHUGH
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
ARNEL ALIPIO

**FILED**
DISTRICT COURT OF GUAM

JUN - 5 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | re Stipulation to Expedite Sentencing Date |
| ARNEL ALIPIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on June 2, 2006, is HEREBY APPROVED. The sentencing

hearing presently set for July 24, 2006, is hereby moved to Thursday, June 15, 2006, at 9:15 a.m.

DATED: Hagatna, Guam, June 5, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

# ORIGINAL