JOHN T. GORMAN
Federal Public Defender
District of Guam

JAMES McHUGH
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:(671) 472-7111
Facsimile:(671) 472-7120

Attorney for Defendant
ARNEL ALIPIO

FILED
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00010 |
| | ) | |
| vs. | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| ARNEL ALIPIO, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, Arnel Alipio, by and through counsel, James J. McHugh, Jr., Assistant Federal Defender, respectfully accepts and adopts the findings of the Presentence Report.

DATED: Mongmong, Guam, June 6, 2006.

JAMES McHUGH
Attorney for Defendant
ARNEL ALIPIO

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, Alexander A. Modaber, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand delivered to the following on June 6, 2006:

Rosetta San Nicolas
Assistant United States Attorney
United States Attorney District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

Carleen G. Borja
U.S. Probation Officer
U.S. Probation Office
District of Guam and NMI
2nd Floor, U.S. Courthouse

Dated: Mongmong, Guam June 6, 2006

Alexander A. Modaber
Investigator
Federal Public Defender of Guam
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910